UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80439-CIV-HURLEY/HOPKINS

ROSELAURE EUGENE,

    Plaintiff,

v.

3DON & PARTNER ESTATE GROUP, LLC, et al.,

    Defendants.
_____/

## ORDER CORRECTING CASE CAPTION

**THIS CAUSE** is before the court *sua sponte*. Although the complaint and amended complaint (and therefore, the court file) record plaintiff's name as "Eugene Roselaure," at trial the court was made aware that plaintiff's name is in fact "Roselaure Eugene."

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Clerk of the Court is directed to amend the court file to reflect the plaintiff's name as "Roselaure Eugene."

2. The caption of all future filings in this matter shall reflect the plaintiff's name as "Roselaure Eugene."

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 30 day of July, 2008.

                                                Daniel T. K. Hurley
                                                United States District Judge

*Copies provided to counsel of record*