UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80439-CIV-HURLEY/HOPKINS

ROSELAURE EUGENE,

    Plaintiff,

v.

3DON & PARTNER ESTATE GROUP, LLC, et al.,

    Defendants.

_____/

### ORDER DENYING DEFENDANTS' MOTIONS FOR ENTRY OF JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL

**THIS CAUSE** is before the court upon defendants' motions for entry of judgment as a matter of law [DE # 64] and for new trial [DE # 65].

This case was tried to a jury in July 2008. On July 29, 2008, the jury returned a verdict in favor of plaintiff and against defendants Michelle Kettly Dumas, MGN Investments Corp., and 3Don & Partner Estate Group, LLC in the amount of $187,500 [DE # 59]. On August 15, 2008, defendants filed the instant motions for entry of judgment as a matter of law and for new trial.

Having reviewed the motions, it is hereby **ORDERED** and **ADJUDGED** that:

1. Defendants' motions for entry of judgment as a matter of law and for new trial [DE # 64, 65] are **DENIED**.

2. Having denied defendants' post-trial motions, the court will enter final judgment by separate order, pursuant to Fed. R. Civ. P. 58(a).

3. There being nothing further for the court to resolve, the Clerk is directed to **DENY** any pending motions as moot and mark this case as **CLOSED**.

Order Denying Defendants' Motions for Entry of Judgment as a Matter of Law and for New Trial
Eugene v. 3Don & Partner Estate Group, LLC et al.
Case No. 07-80439-CIV-HURLEY/HOPKINS

**DONE** and **SIGNED** in Chambers in West Palm Beach, Florida, this __14th__ day of October, 2008.

Daniel T. K. Hurley
U.S. District Judge

*Copies provided to counsel of record*