UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80439-CIV-HURLEY/HOPKINS

ROSELAURE EUGENE,

    Plaintiff,

v.

3DON & PARTNER ESTATE
GROUP, LLC, et al.,

    Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE AND DENYING PLAINTIFF'S
MOTION TO ADD PARTY AND FILE SECOND AMENDED COMPLAINT

**THIS CAUSE** is before the court upon plaintiff's motion for leave of court to add a party and file a second amended complaint [DE # 94] and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the motion be denied [DE # 112]. No objections were filed to the magistrate judge's report.

Pursuant to Fed. R. Civ. P. 72(b), "The district judge . . . shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule." The rule requires that objections be filed within ten days of service of the report and recommendation, and that the objecting party arrange for transcription of sufficient portions of the record. Fed. R. Civ. P. 72(b). The district judge may then "accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions." *Id*. Portions of the report and recommendation that are not specifically objected to are subject to the clear error standard. The identical requirements are set forth in 28 U.S.C. § 636(b)(1).

Order Adopting R & R of Magistrate Judge and Denying Motion to Add Party and File Second Amended Complaint
Eugene v. 3Don & Partner Estate Group, LLC et al.
Case No. 07-80439-CIV-HURLEY/HOPKINS

  Upon review of the report of the magistrate judge, it is hereby **ORDERED** and **ADJUDGED**:

1. The Report and Recommendation of the United States Magistrate Judge [DE # 112] is **ADOPTED** in its entirety and incorporated herein by reference.

2. Plaintiff's motion to add party and file second amended complaint [DE # 94] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 24th day of June, 2009.

                Daniel T. K. Hurley
                United States District Judge

*Copies provided to counsel of record*
Hon. James M. Hopkins